UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | CR607-032 |
| ) | |
| TONY FINCH                               ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jack Morris Downie** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Jack Morris Downie be granted leave of absence for the following periods: February 2, 2022 through February 4, 2022.

**SO ORDERED**, this the 12th day of January, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA