UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | 6:07CR00032-1 |
| ) | |
| TONY FINCH    ) | |

## ORDER

On December 10, 2008, Tony Finch appeared before the Honorable B. Avant Edenfield and was sentenced, after pleading guilty, to the offense of conspiracy to manufacture, to possess with intent to distribute, and to distribute a quantity of methamphetamine. The offender was sentenced to an imprisonment term of 228 months, followed by 5 years of supervised release. Additionally, restitution totaling $3,060, to be paid jointly and severally with his codefendants, and a $100 special assessment were imposed. On July 31, 2013, the custodial sentence was reduced to 162 months pursuant to a Rule 35 Motion. On October 22, 2015, the custodial sentence was further reduced to 128 months, pursuant to 18 U.S.C. § 3582(c)(2), effective November 1, 2015.

On August 25, 2021, the probation officer submitted a petition to show cause why Finch's term of supervised release should be revoked. The petition alleged that on April 20, 2017, and May 2, 2017, Finch submitted oral fluid specimens which tested positive for the presence of methamphetamine. Additionally, the petition alleged that on October 11, 2020, Finch committed the new criminal offense of aggravated stalking in Effingham County, Georgia.

On January 26, 2022, a final revocation hearing was held to address the violations outlined above. Finch, through his attorney, stipulated to the violations outlined in the petition. Based on

Finch's stipulation to all of the alleged violations, the Court found sufficient evidence to support revocation. However, the Court has decided not to make a ruling on Finch's case at this time and orders that the revocation be held in recess for a period of twelve months.

While in recess, the Court directs that Finch be continued on supervised release and participate in a residential substance abuse treatment program through The Christian Family Center in Soperton, Georgia. Transportation to The Christian Family Center shall be coordinated through the United States Marshals Service. Finch is ordered to reside in the treatment program for a period of twelve months and to abide by the rules and regulations of that program. Termination from The Christian Family Center program prior to the completion of the twelve-month program, whether voluntarily or involuntarily, without the prior approval of the Court, shall result in Finch's immediate arrest. Finch shall remain in the custody of the United States Marshals Service until a final determination of his status occurs at his next scheduled revocation hearing. All other conditions of supervision previously imposed by the Court on December 10, 2008, and August 23, 2017, shall remain in full force and effect.

**SO ORDERED** this 28th day of January 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA